

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00232-CV

**CHAMPION FOOD SERVICE, INC.** and Champion Food Service 2, Inc.,
Appellants

v.

**PROALAMO FOODS, L.L.C.** and ProCoastal, L.L.C.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10530
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's February 18, 2022 order granting ProAlamo Foods, L.L.C. and ProCoastal, L.L.C. additional post-verdict attorneys' fees in the amount of $9,386.00 and RENDER judgment that ProAlamo Foods, L.L.C. and ProCoastal, L.L.C. take nothing on their claims for post-verdict but pre-judgment attorneys' fees. We AFFIRM the trial court's judgment of February 11, 2022.

Costs of appeal are taxed against the party incurring same.

SIGNED December 11, 2024.

Liza A. Rodriguez, Justice